**LAW OFFICES OF JAMES F. HOLTZ**
*A Professional Corporation*
James F. Holtz (SBN 95064)
james.holtz@holtzapc.com
Natalie C. Holtz (SBN 334221)
natalie.holtz@holtzapc.com
16935 West Bernardo Drive, Suite 170
San Diego, California 92127
Telephone: (619) 881-1246
Facsimile: (619) 924-5199

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK MINTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: '21CV1602 H   WVG<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28.U.S.C. § 1441(B) DIVERSITY** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Costco") hereby removes to this Court the state court action described below.

1. On July 7, 2021, an action was commenced in the San Diego Superior Court entitled FREDERICK MINTER, an individual, v. COSTCO WHOLESALE CORPORATION, a business entity, (hereinafter "Costco") and DOES 1 to 50, inclusive, as Case No: 37-2021-00029523-CU-PO-CTL. A copy of the Complaint is attached hereto as **Exhibit "A."**

///

///

1
**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) DIVERSITY**

1    2.    Defendant Costco received a copy of said Complaint on September 8, 2021, when its agent accepted service of said Complaint and a Summons on its behalf. A copy of the Summons, Complaint, Civil Case Cover Sheet, Alternative Dispute Resolution (ADR) Information and Stipulation to Use Alternative Dispute Resolution (ADR) filed in state court and served on defendant Costco are attached hereto as **Exhibit "B."**

3.    On September 9, 2021, Costco filed an Answer to Plaintiff's Complaint attached hereto as **Exhibit "C."**

4.    This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant Costco pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5.    Plaintiff FREDERICK MINTER resides in the County of San Diego in California and is a citizen of the state of California. Defendant Costco was at the time of filing this action, and still is, a corporation incorporated under the laws of the State of Washington, having its principal place of business at Issaquah, Washington.

6.    Plaintiff fell at Costco and sustained a left hip intertrochanteric fracture which required surgery and rehabilitation.

7.    Plaintiff claims he has incurred $203,748.54 in expenses for his medical treatment.

8.    Plaintiff has made a $1 million demand for settlement.

///
///
///
///
///
///

9. Due to Plaintiff FREDERICK MINTER's medical charges claimed and the amount of general damages claimed, it is reasonable to conclude that the amount in controversy <u>exceeds</u> $75,000. Further, less than one year has passed since commencement of the action as required by 28 U.S.C. § 1446(b). Thus, the matter is now removable to federal court.

Dated: September 13, 2021

LAW OFFICES OF JAMES F. HOLTZ
*A Professional Corporation*
By: <u>/s/ James F. Holtz</u>
    James F. Holtz
    james.holtz@holtzapc.com
    Natalie C. Holtz
    natalie.holtz@holtzapc.com
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, I served a true and correct copy of the above and foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** via U.S. Mail by depositing in the United States Postal Service mail box at 16935 West Bernardo Drive, Suite 170, San Diego, California 92127, in a sealed envelope with postage thereon fully prepaid and addressed as follows:

Scott N. Salmu  
SALMU LAW FIRM, APLC  
343 E. Main Street, Suite 202  
El Cajon, CA  92020  
Telephone: (619) 579-4200  
Facsimile: (619) 579-4217  
Scott@salmulaw.com  

*Attorneys for Plaintiff*  
**FREDERICK MINTER**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on September 13, 2021, at San Diego, California.

/s/ James F. Holtz  
James F. Holtz