# EXHIBIT A

# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Scott N. Salmu, Esq. (SBN: 262756)<br>Salmu Law Firm, APLC<br>343 E. Main Street, Suite 202<br>El Cajon, CA 92020<br>TELEPHONE NO: (619) 579-4200    FAX NO. (Optional): (619) 579-4217<br>E-MAIL ADDRESS (Optional): Scott@salmulaw.com<br>ATTORNEY FOR (Name): Plaintiff, Frederick Minter | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**07/09/2021** at 03:01:18 PM<br><br>Clerk of the Superior Court<br>By Kristin Sorianosos, Deputy Clerk |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

| PLAINTIFF: FREDRICK MINTER<br><br>DEFENDANT: COSTCO WHOLESALE CORPORATION<br><br>[✓] DOES 1 TO  50 | |
|---|---|

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED *(Number):*<br>Type *(check all that apply):*<br>[ ] MOTOR VEHICLE    [ ] OTHER *(specify):*<br>[ ] Property Damage    [ ] Wrongful Death<br>[✓] Personal Injury    [ ] Other Damages *(specify):* | |
|---|---|

| Jurisdiction *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded    [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | CASE NUMBER:<br><br>37-2021-00029523-CU-PO-CTL |
|---|---|

1. **Plaintiff** *(name or names):*  Frederick Minter

   alleges causes of action against **defendant** *(name or names):*
   Costco Wholesale Corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [ ] **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MINTER v. COSTCO WHOLESALE, et al. | |

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name):* Costco Wholesale Cor
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 1-50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MINTER v. COSTCO WHOLESALE, et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: July 9, 2021

Scott N. Salmu, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MINTER v. COSTCO WHOLESALE, et al. | |

First _____ **CAUSE OF ACTION—Premises Liability**    Page ___1___
   (number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Frederick Minter
alleges the acts of defendants were the legal *(proximate)* cause of damages to plaintiff.
On *(date):* July 13, 2019                    plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

On July 13, 2019, PLAINTIFF was walking through the aisles of Costco Wholesale, located at
8125 Fletcher Parkway, La Mesa, CA 91942.
DEFENDANT, negligently and improperly failed to maintain the premises leaving an exposed
pallet without covers, barriers, or warnings. PLAINTIFF, suddenly tripped on the pallet
causing several injuries.

Prem.L-2.  [✓]  **Count One—Negligence** The defendants who negligently owned, maintained, managed and
operated the described premises were *(names):*
Costco Wholesale Corporation

    [✓] Does  1 _____  to  10 _____

Prem.L-3.  [✓]  **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

    [✓] Does  11 _____  to  20 _____

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.  [✓]  **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*

    [✓] Does 21 _____  to  30 _____

a. [ ]  The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ]  The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓]  **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):*

    [ ] Does  31 _____  to  50 _____

b. [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MINTER v. COSTCO WHOLESALE CORPORATION | |

Second _____ **CAUSE OF ACTION—General Negligence**   Page ___2___
_(number)_

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

GN-1. Plaintiff _(name):_  FREDERICK MINTER

alleges that defendant _(name):_  COSTCO WHOLESALE CORPORATION

☑ Does  1 _____ to  50 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on _(date):_  July 13, 2019
at _(place):_  8125 Fletcher Parkway, La Mesa, CA 91942

_(description of reasons for liability):_

On July 13, 2019, PLAINTIFF was walking through the aisle at Costco Wholesale located at 8125 Fletcher Parkway, La Mesa, CA 91942.

DEFENDANT negligently and improperly failed to maintain the premises leaving an exposed pallet without covers, barriers, or warnings when PLAINTIFF suddenly tripped on the pallet causing him severe injuries.

At the time and place aforesaid, DEFENDANTS, and each of them, so negligently, carelessly, recklessly, wantonly, and unlawfully operated, maintained, conducted, controlled, and entrusted said property as to directly and proximately cause the PLAINTIFF to trip and fall.

As a direct and proximate result of DEFENDANTS negligence, PLAINTIFF suffered injuries to his chest, head, back, neck, shoulder, and leg which required PLAINTIFF to incur various medical costs, pain and suffering, anxiety, emotional distress, and other losses during time of healing.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

# EXHIBIT B

# EXHIBIT B

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

COSTCO WHOLESALE CORPORATION and Does 1-50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FREDERICK MINTER

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**07/09/2021** at 03:01:18 PM

Clerk of the Superior Court
By Kristin Sorianosos, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* SAN DIEGO SUPERIOR COURT

330 W. Broadway
San Diego, CA 92101

CASE NUMBER:
*(Número del Caso):*    37-2021-00029523-CU-PO-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Scott N. Salmu, Esq., (SBN: 262756), 343 E. Main Street, Suite 202, El Cajon, CA 92020, (619) 579-4200

DATE:  07/12/2021
*(Fecha)*

Clerk, by
*(Secretario)* _____ K. Sorianoso

, Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
[ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Scott N. Salmu, Esq. (SBN: 262756)<br>Salmu Law Firm, APLC<br>343 E. Main Street, Suite 202<br>El Cajon, CA 92020<br>TELEPHONE NO: (619) 579-4200  FAX NO. *(Optional):* (619) 579-4217<br>E-MAIL ADDRESS *(Optional):* Scott@salmulaw.com<br>ATTORNEY FOR *(Name):* Plaintiff, Frederick Minter | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**07/09/2021** at 03:01:18 PM<br><br>Clerk of the Superior Court<br>By Kristin Sorianosos, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

PLAINTIFF: FREDRICK MINTER

DEFENDANT: COSTCO WHOLESALE CORPORATION

[✓] DOES 1 TO  50

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [ ] AMENDED *(Number):*<br>Type *(check all that apply):*<br>[ ] MOTOR VEHICLE    [ ] OTHER *(specify):*<br>    [ ] Property Damage    [ ] Wrongful Death<br>    [✓] Personal Injury    [ ] Other Damages *(specify):*<br><br>Jurisdiction *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>    Amount demanded  [ ] does not exceed $10,000<br>         [ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | 37-2021-00029523-CU-PO-CTL |

1. Plaintiff *(name or names):* Frederick Minter

   alleges causes of action against **defendant** *(name or names):*
   Costco Wholesale Corporation

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify).*

   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MINTER v. COSTCO WHOLESALE, et al. | |

4. ☐ Plaintiff *(name)*:

is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☑ except defendant *(name)*: Costco Wholesale Cor
  (1) ☐ a business organization, form unknown
  (2) ☑ a corporation
  (3) ☐ an unincorporated entity *(describe)*:

  (4) ☐ a public entity *(describe)*:

  (5) ☐ other *(specify)*:

c. ☐ except defendant *(name)*:
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe)*:

  (4) ☐ a public entity *(describe)*:

  (5) ☐ other *(specify)*:

b. ☐ except defendant *(name)*:
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe)*:

  (4) ☐ a public entity *(describe)*:

  (5) ☐ other *(specify)*:

d. ☐ except defendant *(name)*:
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe)*:

  (4) ☐ a public entity *(describe)*:

  (5) ☐ other *(specify)*:

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☐ Doe defendants *(specify Doe numbers)*: _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☑ Doe defendants *(specify Doe numbers)*: 1-50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify)*:

9. ☑ Plaintiff is required to comply with a claims statute, and
  a. ☑ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because *(specify)*:

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MINTER v. COSTCO WHOLESALE, et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
   (1) ☑ according to proof
   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: July 9, 2021

Scott N. Salmu, Esq.
_____
(TYPE OR PRINT NAME)

► *Scott Sl...*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MINTER v. COSTCO WHOLESALE, et al. | |

First _____ **CAUSE OF ACTION—Premises Liability** Page ___1___
    (number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Frederick Minter
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* July 13, 2019         plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

On July 13, 2019, PLAINTIFF was walking through the aisles of Costco Wholesale, located at 8125 Fletcher Parkway, La Mesa, CA 91942.
DEFENDANT, negligently and improperly failed to maintain the premises leaving an exposed pallet without covers, barriers, or warnings. PLAINTIFF, suddenly tripped on the pallet causing several injuries.

Prem.L-2.   ☑ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Costco Wholesale Corporation

       ☑ Does 1 _____ to 10 _____

Prem.L-3.   ☑ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

       ☑ Does 11 _____ to 20 _____

Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4.   ☑ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

       ☑ Does 21 _____ to 30 _____

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☑ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

       ☐ Does 31 _____ to 50 _____

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are ☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MINTER v. COSTCO WHOLESALE CORPORATION | |

Second _____     **CAUSE OF ACTION—General Negligence**     Page    2
   (number)

ATTACHMENT TO  [✓] Complaint  [  ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*   FREDERICK MINTER

     alleges that defendant *(name):*   COSTCO WHOLESALE CORPORATION

        [✓] Does   1 _____ to   50 _____

     was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):*   July 13, 2019
at *(place):*   8125 Fletcher Parkway, La Mesa, CA 91942

*(description of reasons for liability):*

On July 13, 2019, PLAINTIFF was walking through the aisle at Costco Wholesale located at 8125 Fletcher Parkway, La Mesa, CA 91942.

DEFENDANT negligently and improperly failed to maintain the premises leaving an exposed pallet without covers, barriers, or warnings when PLAINTIFF suddenly tripped on the pallet causing him severe injuries.

At the time and place aforesaid, DEFENDANTS, and each of them, so negligently, carelessly, recklessly, wantonly, and unlawfully operated, maintained, conducted, controlled, and entrusted said property as to directly and proximately cause the PLAINTIFF to trip and fall.

As a direct and proximate result of DEFENDANTS negligence, PLAINTIFF suffered injuries to his chest, head, back, neck, shoulder, and leg which required PLAINTIFF to incur various medical costs, pain and suffering, anxiety, emotional distress, and other losses during time of healing.

Page 1 of 1

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Scott N. Salmu, Esq. (SBN: 262756)<br>Salmu Law Firm, APLC<br>343 E. Main Street, Suite 202<br>El Cajon, CA 92020<br>TELEPHONE NO.: (619) 579-4200    FAX NO.: (619) 579-4217<br>ATTORNEY FOR *(Name):* Plaintiff, Frederick Minter | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**07/09/2021** at 03:01:18 PM<br><br>Clerk of the Superior Court<br>By Kristin Sorianosos, Deputy Clerk |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS: 330 W. Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central Divison

CASE NAME:
FREDERICK MINTER v. COSTCO WHOLESALE CORPORATION

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER:<br>37-2021-00029523-CU-PO-CTL |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:   Judge Carolyn Caietti<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22)<br>☐ Uninsured motorist (46)<br>**Other PI/PD/WD (Personal Injury/Property<br>Damage/Wrongful Death) Tort**<br>☐ Asbestos (04)<br>☐ Product liability (24)<br>☐ Medical malpractice (45)<br>☒ Other PI/PD/WD (23)<br>**Non-PI/PD/WD (Other) Tort**<br>☐ Business tort/unfair business practice (07)<br>☐ Civil rights (08)<br>☐ Defamation (13)<br>☐ Fraud (16)<br>☐ Intellectual property (19)<br>☐ Professional negligence (25)<br>☐ Other non-PI/PD/WD tort (35)<br>**Employment**<br>☐ Wrongful termination (36)<br>☐ Other employment (15) | ☐ Breach of contract/warranty (06)<br>☐ Rule 3.740 collections (09)<br>☐ Other collections (09)<br>☐ Insurance coverage (18)<br>☐ Other contract (37)<br>**Real Property**<br>☐ Eminent domain/Inverse<br>condemnation (14)<br>☐ Wrongful eviction (33)<br>☐ Other real property (26)<br>**Unlawful Detainer**<br>☐ Commercial (31)<br>☐ Residential (32)<br>☐ Drugs (38)<br>**Judicial Review**<br>☐ Asset forfeiture (05)<br>☐ Petition re: arbitration award (11)<br>☐ Writ of mandate (02)<br>☐ Other judicial review (39) | ☐ Antitrust/Trade regulation (03)<br>☐ Construction defect (10)<br>☐ Mass tort (40)<br>☐ Securities litigation (28)<br>☐ Environmental/Toxic tort (30)<br>☐ Insurance coverage claims arising from the<br>above listed provisionally complex case<br>types (41)<br>**Enforcement of Judgment**<br>☐ Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>☐ RICO (27)<br>☐ Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>☐ Partnership and corporate governance (21)<br>☐ Other petition *(not specified above)* (43) |

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* Two
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 8, 2021

Scott N. Salmu, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

*9-7-21*
*S. Gardner*
*12:15 p*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740,<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
    or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

CASE NUMBER: 37-2021-00029523-CU-PO-CTL      CASE TITLE: Minter vs Costco Wholesale Corporation [IMAGED]

**NOTICE:** All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:

(1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),
(2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), *and*
(3) the Notice of Case Assignment form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

## Potential Advantages and Disadvantages of ADR

ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

**Potential Advantages**
- Saves time
- Saves money
- Gives parties more control over the dispute resolution process and outcome
- Preserves or improves relationships

**Potential Disadvantages**
- May take more time and money if ADR does not resolve the dispute
- Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable

## Most Common Types of ADR

You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:** A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:** There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute. Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

## Local ADR Programs for Civil Cases

**Mediation:** The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

On-line mediator search and selection: Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005). The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:** The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:** The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. Refer to SDSC Local Rules Division II, Chapter III and Code Civ. Proc. § 1141.10 et seq or contact the Arbitration Program Office at (619) 450-7300 for more information.

More information about court-connected ADR: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:** The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:** To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

## Legal Representation and Advice

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS: 330 West Broadway<br>CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827<br>BRANCH NAME: Central | |

| PLAINTIFF(S): Frederick Minter |
|---|
| DEFENDANT(S): Costco Wholesale Corporation |
| SHORT TITLE: MINTER VS COSTCO WHOLESALE CORPORATION [IMAGED] |

| STIPULATION TO USE ALTERNATIVE<br>DISPUTE RESOLUTION (ADR) | CASE NUMBER:<br>37-2021-00029523-CU-PO-CTL |
|---|---|

Judge: Carolyn Caietti                                                    Department: C-70

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process. Selection of any of these options will not delay any case management timelines.

☐ Mediation (court-connected)                 ☐ Non-binding private arbitration

☐ Mediation (private)                         ☐ Binding private arbitration .

☐ Voluntary settlement conference (private)   ☐ Non-binding judicial arbitration (discovery until 15 days before trial)

☐ Neutral evaluation (private)                ☐ Non-binding judicial arbitration (discovery until 30 days before trial)

☐ Other (specify e.g., private mini-trial, private judge, etc.): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

_____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____          Date: _____


_____               _____
Name of Plaintiff                              Name of Defendant


_____               _____
Signature                                      Signature


_____               _____
Name of Plaintiff's Attorney                   Name of Defendant's Attorney


_____               _____
Signature                                      Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385. Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

IT IS SO ORDERED.

Dated: 07/12/2021                              _____
                                               JUDGE OF THE SUPERIOR COURT

# EXHIBIT C

# EXHIBIT C

1  **LAW OFFICES OF JAMES F. HOLTZ**
   *A Professional Corporation*
2  James F. Holtz (SBN 95064)
   james.holtz@holtzapc.com
3  Natalie C. Holtz (SBN 334221)
   natalie.holtz@holtzapc.com
4  16935 West Bernardo Drive, Suite 170
   San Diego, California  92127
5  Telephone: (619) 881-1246
   Facsimile: (619) 924-5199
. 6
   Attorneys for Defendant
7  COSTCO WHOLESALE CORPORATION

8
                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9
                **FOR THE COUNTY OF SAN DIEGO – CENTRAL DIVISION**
10
11   FREDERICK MINTER, an individual,       Case No.:   37-2021-00029523-CU-PO-CTL
                                            ICJ:        Hon. Carolyn Caietti
              Plaintiff,                     DEPT:       C-70
12
13        v.                                **DEFENDANT COSTCO WHOLESALE
                                            CORPORATION'S ANSWER TO
14   COSTCO WHOLESALE CORPORATION;          PLAINTIFF'S COMPLAINT**
     and DOES 1 through 50, inclusive,
15                                          COMPLAINT FILED:  July 9, 2021
              Defendants.                   TRIAL DATE:       Not set
16

17        Defendant COSTCO WHOLESALE CORPORATION severing itself from all other parties,

18   and for itself alone, answers the unverified Complaint on file herein, as follows:

19                                           **I.**

20                                  **GENERAL DENIAL**

21        Pursuant to the provisions of California Code of Civil Procedure section 431.30 (d), Defendant

22   denies generally and specifically each and every allegation contained in the Complaint. In addition,

23   Defendant denies that Plaintiff has sustained, or will sustain, any loss or damage in the manner or

24   amount alleged, or otherwise, by reason of any act or omission, or any other conduct or absence thereof

25   on the part of Defendant.

26   ///

27   ///

28   ///

**AFFIRMATIVE DEFENSES**

**II.**

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

As a separate affirmative defense to the Complaint on file herein, Defendant alleges that the Complaint, and each cause of action thereof, fails to allege facts or other allegations sufficient to constitute a cause of action against Defendant.

**III.**

**SECOND AFFIRMATIVE DEFENSE**

**(Plaintiff's Comparative Fault)**

As a separate affirmative defense to the Complaint on file herein, Defendant is informed and believes and thereon alleges, that the damages, if any, sustained or suffered by Plaintiff in the action on file herein, were proximately caused and contributed to by the negligence of Plaintiff, in that Plaintiff failed to exercise ordinary, reasonable care and caution concerning the matters alleged in said Complaint, which negligence bars recovery and/or reduces Plaintiff's recovery in proportion to the percentage of Plaintiff's negligence, and fault of Plaintiff.

**IV.**

**THIRD AFFIRMATIVE DEFENSE**

**(No Legal Cause)**

As a separate affirmative defense to the Complaint on file herein, Defendant is informed and believes and thereon alleges that the acts, omissions, if any, of Defendant herein were not the legal cause of the losses, damage or injuries alleged in the Complaint.

///

///

///

///

///

///

DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT

## V.

## FOURTH AFFIRMATIVE DEFENSE

### (Comparative Fault of Others)

As a separate affirmative defense to the Complaint on file herein, Defendant is informed and believes and thereon alleges that if Defendant is in any way held responsible for the damages claimed herein by Plaintiff, that the damages so sustained were proximately caused and contributed to by primary and active fault, or the culpable acts, omissions and fault of persons and entities other than Defendant, which persons and entities include each and every party to this action, and Defendant therefore alleges that any and all damages awarded herein should be apportioned between all such responsible parties pursuant to the doctrines of comparative negligence, total indemnity and partial indemnity.

## VI.

## FIFTH AFFIRMATIVE DEFENSE

### (Intervening and Superseding Cause)

As a separate and distinct affirmative defense, the damages Plaintiff claims to have sustained herein were proximately caused by third party conduct which was an intervening and superseding cause.

## VII.

## SIXTH AFFIRMATIVE DEFENSE

### (No Joint and Several Liability for Non-Economic Losses)

As a separate affirmative defense to the Complaint on file herein, this answering Defendant denies that Defendant was responsible for Plaintiff's damages in the incident alleged in the Complaint on file herein.  However, if liability is found, these answering Defendant may be held liable only for the amount of non-economic damages allocated to this answering Defendant in direct proportion to this answering Defendant's percentage of fault, pursuant to Civil Code section 1431.2.

///

///

///

## VIII.

### SEVENTH AFFIRMATIVE DEFENSE

#### (Statute of Limitations)

As a further, separate and affirmative defense to the Complaint, and each cause of action therein, it is alleged that the cause of action alleged within the Complaint is barred by the applicable statute of limitations pursuant to California Code of Civil Procedure section 335.1, 337.1, or 338.

## IX.

### EIGHTH AFFIRMATIVE DEFENSE

#### (Failure to Mitigate)

As a separate affirmative defense to the Complaint on file herein, this answering Defendant is informed and believes and thereon alleges that Plaintiff has failed, refused, and neglected to reasonably mitigate Plaintiff's damages, which bars or diminishes any recovery herein by Plaintiff.

## X.

### NINTH AFFIRMATIVE DEFENSE

#### (Failure to Name a Necessary and/or Indispensable Party)

Defendant alleges that the Plaintiff failed to name a party necessary for full and adequate relief essential in this case.

## XI.

### TENTH AFFIRMATIVE DEFENSE

#### (Laches, Estoppel, and/or Waiver)

Defendant alleges that the Plaintiff delayed investigation of this claim to the prejudice of the Defendant and accordingly this action should be dismissed.

## XII.

### ELEVENTH AFFIRMATIVE DEFENSE

#### (Pre-Existing Condition)

Defendant alleges that the injuries claimed to have been suffered by Plaintiff were caused by a pre-existing or unrelated medical condition, disease, illness or infection of the Plaintiff.

///

## XIII.

### **TWELFTH AFFIRMATIVE DEFENSE**

#### (No Vicarious Responsibility)

Defendant alleges that it is not vicariously responsible for the actions of any third party who is alleged to have been negligent, and therefore cannot be held responsible for his/her actions.

### **PRAYER**

WHEREFORE, Defendant prays for the following:

1. That Plaintiff take nothing by way of the Complaint on file herein;

2. For attorney's fees and costs of suit herein incurred; and

3. For such other and further relief as the court may deem just and proper.

Dated: September 9, 2021

LAW OFFICES OF JAMES F. HOLTZ
A Professional Corporation

By: _____
James F. Holtz
Natalie C. Holtz
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

1

## PROOF OF SERVICE

2      I am and was at all times herein mentioned over the age of 18 years and not a party to the action
in which this service is made.  At all times herein mentioned I have been employed in the County of
3   San Diego in the office of a member of the bar of this court at whose direction the service was made.
My business address is 16935 West Bernardo Drive, Suite 170, San Diego, California 92127.

4

5      On September 9, 2021, I served the following document(s):

6      • **DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER TO
       PLAINTIFF'S COMPLAINT**

7   ☒   **BY MAIL**: by depositing in the United States Postal Service mailbox at 16935 West Bernardo
        Drive, Suite 170, San Diego, California 92127, a true copy thereof in a sealed envelope with
8       postage thereon fully prepaid and addressed as follows:

9   ☒   **BY ELECTRONIC SERVICE** via e-mail sent to the attorney email addresses as set out below
        without electronic error on the date indicated below from wanda.barker@holtzapc.com.

10

11  Scott N. Salmu                              *Attorneys for Plaintiff*
    SALMU LAW FIRM, APLC                        **FREDERICK MINTER**
    343 E. Main Street, Suite 202
12  El Cajon, CA  92020
    Telephone: (619) 579-4200
13  Facsimile: (619) 579-4217
    Scott@salmulaw.com

14

15      I declare under penalty of perjury under the laws of the State of California that the above is
true and correct.  Executed on September 9, 2021, at San Diego, California.

16

17                                             *Wanda Barker*

18                                             Wanda Barker

19

20

21

22

23

24

25

26

27

28

DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT